No. 543, Misc. McCUTCHEON v. BETO, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. Certiorari denied. Petitioner *pro se*. *Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *Howard M. Fender* and *Lonny F. Zwiener*, Assistant Attorneys General, for respondent.

No. 580, Misc. NIXON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 738, Misc. BOWEN v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 754, Misc. MONTGOMERY v. MYERS, CORRECTIONAL SUPERINTENDENT. Sup. Ct. Pa. Certiorari denied.

No. 755, Misc. BLANKINSHIP v. WALLACE, GOVERNOR OF ALABAMA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 760, Misc. THOMAS v. BURKE, WARDEN. Sup. Ct. Wis. Certiorari denied.

No. 761, Misc. MAYBEE v. WEAVER, JUDGE. C. A. 3d Cir. Certiorari denied.

No. 762, Misc. WALKER v. PAGE, WARDEN, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 174, Misc. MORFORD v. FOGLIANI, WARDEN. Sup. Ct. Nev. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Melvin Edward Schaengold* for petitioner. *Harvey Dickerson*, Attorney General of Nevada, and *William J. Raggio* for respondent.